PD-0375-15

CAUSE NO. 14-15-00163-CR

IN THE

FOURTEENTH COURT OF APPEALS
HOUSTON TEXAS

PERCY BENJAMIN SMITH

V

THE STATE OF TEXAS
TRIAL CAUSE NO. 63134-B
HOUSTON TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR REVIEW

TO THE HONORABLE JUDGE OF FOURTEEN COURT OF APPEALS

COMES NOW PERCY BENJAMIN SMITH, PETITIONER
AND FILES THIS MOTION FOR EXTENSION OF TIME, IN
SUPPORT OF THIS MOTION. PETITIONER SHOWS THE COURT
THE FOLLOWING:

I

THE PETITIONER WAS CONVICTED IN THE 412 District
COURT OF BRAZORIA COUNTY, TEXAS OF THE OFFENSE
OF ROBBERY IN CAUSE NO. 65134-B STYLED STATE
OF TEXAS VS PERCY BENTAMIN SMITH the PETITIONER
APPEALED TO FOURTEENTH Court OF APPEALS.
Judical District, the CASE IS Still PENDING.

FILED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

## II

THE PRESENT DEADLINE FOR FILING PETITIONER FOR REVIEW IS (10) DAYS, 4-3-2015, THE PETITION HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST, PETITIONER NEED (30) MORE DAYS.

## III

PETITIONER REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE AT SUCH TIME IT IS STILL PENDING. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER.

WHEREFORE PETITIONER PRAYS THAT THIS COURT DO GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITIONER FOR REVIEW IN THIS CASE, NO. 14-15-00163, TRIAL NO. 63134-B.

Percy Benjamin Smith
PETITIONER PRO SE
Texas Department of Criminal Justice Huntsville Unit
T.D.C.J. # 1743775
Huntsville Texas 77348

## Certificate of Service

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FORGOING FIRST MOTION FOR EXTENSION OF TIME.

Respectfully Submitted
Percy Benjamin Smith
PRO SE

Dear Clerke

 To who ever it may concern,
will you Please keep one of these
motions and forward the other one
to the Fourteenth court of Appeals.


 P.S. Please Date, stamp, or file
And send me back a copy for my record.


cc:


 Sincerly
Percy Bernard Smith
3-30-2015

Dear Clerk:
                    To who ever it may concern

Will you please keep one of these
motions and forward the other one
to the Fourteenth Court of Appeals.

        P.S. Please date, stamp, or file
And send me back a copy for my record.

cc:

                        Sincerly
                    Percy Bednarw Smith
                        3-30-2015